**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Lynn Gary SMITH, a/k/a Eastside,**
**Defendant—Appellant.**

No. 08–8185.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 28, 2009.

Decided: June 3, 2009.

Lynn Gary Smith, Appellant Pro Se. Anne Margaret Hayes, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Robert Jack Higdon, Jr., Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lynn Gary Smith appeals the district court's order granting his motion to reduce his sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Smith,* No. 7:03–cr–00093–F–1 (E.D.N.C. Oct. 2, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*